GEORGE S. CARDONA
Acting United States Attorney                    JS 3
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
BONNIE L. HOBBS (Cal. Bar No. 208525)
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-8601
Email: mark.aveis@usdoj.gov
       Bonnie.hobbs@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>       v.<br><br>BASSAM SALEM and BASHAR<br>SALEM, aka Sean Salem,<br><br>  Defendants. | No. CR 05-804-DSF<br><br>ORDER GRANTING GOVERNMENT'S<br>MOTION TO DISMISS INDICTMENT<br>AGAINST DEFENDANTS BASSAM SALEM<br>AND BASHAR SALEM |

Based upon the government's motion to dismiss the indictment against defendants Bassam Salem and Bashar Salem, aka Sean Salem, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and good cause appearing,

IT IS HEREBY ORDERED that the government's motion is GRANTED.  The indictment in this case against defendants Bassam Salem and Bashar Salem, aka Sean Salem, is hereby DISMISSED.  Bond as to each defendant is hereby exonerated.

Dated:   12/14/09

_____
Hon. Dale S. Fischer
U.S. District Judge